SHARONA ESLAMBOLY HAKIM, ESQ. (SBN 180998)
ARMIN ABAZARI, DPM, ESQ. (SBN 335410)
GEOFFREY KASLER, ESQ. (SBN 343451)
DAVID AMIRIAN, ESQ. (SBN 362740)
LAW OFFICES OF SHARONA ESLAMBOLY HAKIM
8730 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone: (310) 289-9100
Facsimile:  (310) 289-9101

**(JS-6)**

Attorneys for Plaintiff: MARY HURTADO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HURTADO<br><br>        Plaintiff,<br><br>v.<br><br>WALMART, INC., WALMART STORES, INC., AND DOES 1 to 25, Inclusive,<br><br>        Defendants. | **Case No. 5:26-cv-01775-SSS-ACCVx**<br><br>**ORDER GRANTING STIPULATION TO LIMIT PLAINTIFF'S DAMAGES AND REMANDING CASE** |

1

ORDER

IT IS HEREBY ORDERED that the stipulation is granted and the case be REMANDED to the Riverside County Superior Court, Case No.: CVRI2502383.

IT IS SO ORDERED.

DATE: April 27, 2026          By: _____

Hon. Sunshine S. Sykes
U.S. District Judge

2

ORDER